

GEVA BAUMER, SBN #220046
Law Offices of Geva Baumer
1970 Broadway, Suite 1000
Oakland, CA 94612
Tel: (510) 500-4474
geva@baumeratlaw.com

Attorney for Debtor(s)

**The following constitutes the order of the Court.
Signed: April 24, 2024**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No.: 24-40314-WJL |
| | Chapter: 13 |
| KATHRYN JEAN NUSRATTY, | R.S. No. ALG-1 |
| Debtor | |
| | ORDER ON A STIPULATION TO CONTINUE A HEARING ON A MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | Date: April 24, 2024 |
| | Time: 9:30 am |
| | Crtrm: 220 |
| | **Continued Date: May 29, 2024** |
| | **Continued Time: 9:30 AM** |
| | **Crtrm: 220** |

    The parties filed a stipulation to continue a hearing on a relief from stay motion (docket # 36). The Court, having read and considered the Stipulation, and good cause appearing therefore, hereby orders as follows:

1. The Stipulation is hereby approved.
2. The hearing on the above captioned relief from the automatic stay motion shall be continued to May 29, 2024, at 9:30 a.m.

***END OF ORDER***

# COURT SERVICE LIST